IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-02080-LTB-PAC

JOHN P. MORALLY, and
JOHN P. MORALLY LIVING TRUST,

       Plaintiffs,

v.

MARABELLA PARTNERS, LLC., and
ANNETTE B. PARDINI,

       Defendants.
_____

ORDER
_____

UPON THE STIPULATION of Plaintiffs John P. Morrally and John P. Morally Living Trust (collectively, "Morally") and Defendants Marbella Partners, LLC and Annette B. Pardini (collectively, "Pardini") to dismiss this case with prejudice, with all parties to bear their own costs and attorneys fees, and to release the lis pendens which Morally recorded with the Clerk and Recorder of Montrose County, at Reception no. 745653, on the following described real property (hereinafter, the "Real Property"):

    Lot #3 Marbella South #2, an amended plat of Marbella South, a re-subdivision of Lot 3 Marbella Minor Subdivision in Lot III, IV, V & VI, T48N, R9W, N.M.P.M. City of Montrose, Montrose, Colorado.

    The real property is also listed in Montrose County's Assessor's Office as:

    SECT, TWN, RNG:1-48-9 SUB:MARBELLA SOUTH NO 2 LOT:3 PARCEL: 3993-012-03-003.

The Court, being fully advised in the premises and for good cause shown, hereby

ORDERS that:

1. This action is hereby dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

2. The lis pendens filed by Morally on the Real Property is hereby released.

3. The Court shall retain jurisdiction over this case to the extent necessary to enforce the parties' settlement agreement, to the extent that any alleged breach arises in Colorado.

Dated: August 9, 2006

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE